This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**JUANITA HIGAREDA,**

    Plaintiff-Appellee,

**v.**                                                                 **No. 34,256**

**FRANCIS THATCHER,**

    Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF VALENCIA COUNTY**
**Pedro Rael, District Judge**

Juanita Higareda
Albuquerque, NM

Pro Se Appellee

Duran & McDonald LLC
John A. Duran
Albuquerque, NM

for Appellant

## MEMORANDUM OPINION

**GARCIA, Judge.**

{1}     Summary affirmance was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

{2}     Affirmed.

{3}     **IT IS SO ORDERED.**

_____

**TIMOTHY L. GARCIA Judge**

**WE CONCUR:**

_____

**MICHAEL D. BUSTAMANTE, Judge**

_____

**JONATHAN B. SUTIN, Judge**

2